IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:03-CR-0434-D |
| | ) | |
| SCOTT WESLEY HALL, | ) | |
| Defendant. | ) | |

ORDER ACCEPTING REPORT AND RECOMMENDATION
AND ORDER OF TRANSFER

After reviewing all relevant matters of record in this case, including the Report and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are accepted as the findings and conclusions of the Court.

For the reasons stated in the Report and Recommendation of the United States Magistrate Judge, the Court hereby **CONSTRUES** defendant's "Motion for Good Time Credits" (doc. 115) as a petition filed pursuant to 28 U.S.C. § 2241 and **DIRECTS** the Clerk of the Court to open a new civil action, file the instant motion in that action as a § 2241 petition filed April 27, 2005, file this Order in that action as an Order of Transfer, and transfer the new § 2241 action to the United States District Court for the Eastern District of Texas, Beaumont Division, without further judicial direction. The Clerk shall then close the new case for statistical purposes based on the transfer order. The Clerk shall also transmit a copy of this Order to defendant.

**SIGNED** August 30, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE